■ In the Matter of the Estate of HARRY WINSTON, Deceased. BANKERS TRUST COMPANY OF NEW YORK et al., Respondents; RONALD WINSTON, Appellant. [636 NYS2d 635] —Appeal by the respondent Ronald Winston from an order of the Surrogate's Court, Westchester County (Emanuelli, S.), dated September 18, 1995.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Surrogate Emanuelli. O'Brien, J. P., Ritter, Hart and Krausman, JJ., concur. [*See*, 167 Misc 2d 295.]